```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| BRUCE FERRELL; LESLIE KEVIN BILLINGSLEY; ABDUL BROWN; GARY WILLIAMS; ANTHONY ALLEN; SHAWN JACKSON; LAMONT PUGH; and GARY BANKS, | ) ) ) ) ) ) | Civil Action No. 04-1806 |
| Plaintiffs, | ) ) | Judge Donetta W. Ambrose Magistrate Judge Lenihan |
| vs. | ) ) ) | |
| JEFFREY A. BEARD, PH.D., Secretary; JOHN S. SHAFFER, Executive Secretary; LANCE COUTURIER, Chief Psychologist; FRED MAUE, Chief Psychiatrist; SHARON BURK, Chief Grievance Coordinator; JOHN DOE, Director of Classification; NEAL MECHLING, Ex-Superintendent; HARRY WILSON, Superintendent; CAROL A. SCIRE, Grievance Coordinator; L. D. HARRIS, Deputy Superintendent; and MARK KRYSEVIG, Deputy Superintendent sued in official and individual capacities under state color of the law, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

In accordance with the Court's Order of February 20, 2007 (doc. no. 104), this Court has made contact with Phyllis Jin, Esquire, who agreed to accept individual representation of the Plaintiffs. As stated by Attorney Jin during the conference held on October 27, 2006, the requirements for class certification are not present in this action. During the conference, Attorney Jin was instructed to make a written motion

to voluntarily dismiss this case and re-file individual cases. Attorney Jin has advised the Court that she has been unable to meet with the Plaintiffs because she is not on each of their approved visitor's list at their individual places of incarceration. In order to facilitate representation by Attorney Jin, each Plaintiff is instructed to name Attorney Jin as a visitor at their respective places of confinement. As Plaintiffs have counsel, their individual *pro se* motions will be denied.

**AND NOW,** this 21st day of March, 2007:

**IT IS ORDERED** that each Plaintiff designate Attorney Jin as an approved visitor at their respective places of confinement no later than April 10, 2007. Any Plaintiff who fails to name Attorney Jin as an approved visitor by April 10, 2007, will be viewed by the Court as having abandoned this action.

**IT IS FURTHER ORDERED** that Attorney Jin file a written motion to withdraw this action by May 2, 2007.

**IT IS FURTHER ORDERED** that Attorney Jin file individual complaints on behalf of the remaining Plaintiffs no later than July 2, 2007. Each individual complaint will be docketed at a new civil action number, without prejudice to the limitations period applicable to each Plaintiff's claims.

**IT IS FURTHER ORDERED** that the *pro se* motions filed by the individual Plaintiffs at doc. nos. 105-107 and 109-118 are **DENIED**.

							_____
							LISA PUPO LENIHAN
							U.S. Magistrate Judge


cc:Phyllis A. Jin
50 East Main Street
Blackstone Building
Uniontown, PA 15401

BRUCE FERRELL
EC-7373
SCI Mahoney
301 Morea Road
Frackville, PA 17932

LESLIE KEVIN BILLINGSLEY
CL-0124
SCI Forest
1 Woodland Drive
PO Box 307
Marienville, PA 16239-0307

ABDUL BROWN
DP-2655
SCI Fayette
Box 9999
LaBelle, PA 15450-0999

GARY WILLIAMS
CW-6473
SCI Forest
1 Woodland Drive
PO Box 945
Marienville, PA 16239-0307

ANTHONY ALLEN
BQ-6634
SCI Fayette
Box 9999
LaBelle, PA 15450-0999

SHAWN JACKSON
EC-7845
SCI Camp Hill
P.O. Box 200
Camp Hill, PA 17001-8837

LAMONT PUGH
BG-9048
SCI Greene
175 Progress Drive

GARY BANKS
CT-8731
SCI Forest
1 Woodland Drive
PO Box 307
Marienville, PA 16239-0307