IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRUCE FERRELL; LESLIE KEVIN             )
BILLINGSLEY; ABDUL BROWN;                )
GARY WILLIAMS; ANTHONY ALLEN;            )   Civil Action No. 04-1806
SHAWN JACKSON; LAMONT PUGH; and          )
GARY BANKS,                              )   Magistrate Judge Lenihan
                                         )
            Plaintiffs,                  )
                                         )
     vs.                                 )
                                         )
                                         )
JEFFREY A. BEARD, PH.D.,                 )
Secretary; JOHN S. SHAFFER,              )
Executive Secretary; LANCE               )
COUTURIER, Chief Psychologist;           )
FRED MAUE, Chief Psychiatrist;           )
SHARON BURK, Chief Grievance             )
Coordinator; JOHN DOE, Director          )
of Classification; NEAL MECHLING,        )
Ex-Superintendent; HARRY WILSON,         )
Superintendent; CAROL A. SCIRE,          )
Grievance Coordinator; L. D.             )
HARRIS, Deputy Superintendent;           )
and MARK KRYSEVIG, Deputy                )
Superintendent sued in official          )
and individual capacities under          )
state color of the law,                  )
                                         )
            Defendants.                  )

## ORDER

Plaintiff's filed Objections and Appeal of Magistrate Judge's Decision (Doc. No. 126) on April 2, 2007. Plaintiff's also filed a Motion to Stay (Doc. No. 127) on April 2, 2007, requesting that the immediate action be suspended until the Court ruled on the pending appeal to the District Judge.

On March 13, 2007, Chief District Judge Donetta Ambrose entered an Order (Doc. No. 120) granting the Consent to

Jurisdiction by a United States Magistrate Judge (Doc. No. 119) filed by the parties. Hence, the appeal to the District Judge will be interpreted by the Court as a Motion to Reconsider. Therefore,

**IT IS ORDERED** this 10th day of April, 2007, that the Objections and Appeal of Magistrate Judge's Decision (Doc. No. 126), interpreted by this Court as a Motion to Reconsider is **DENIED**.

**IT IS FURTHER ORDERED** that the Motion to Stay (Doc. No. 127) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Plaintiff's are directed to file any future motions through their counsel.

LISA PUPO LENIHAN
U.S. Magistrate Judge

cc:  Phyllis A. Jin
     50 East Main Street
     Blackstone Building
     Uniontown, PA 15401

BRUCE FERRELL
EC-7373
SCI Mahoney
301 Morea Road
Frackville, PA 17932

LESLIE KEVIN BILLINGSLEY
CL-0124
SCI Forest
1 Woodland Drive
PO Box 307
Marienville, PA 16239-0307

ABDUL BROWN
DP-2655
SCI Fayette
Box 9999
LaBelle, PA 15450-0999

GARY WILLIAMS
CW-6473
SCI Forest
1 Woodland Drive
PO Box 945
Marienville, PA 16239-0307

ANTHONY ALLEN
BQ-6634
SCI Fayette
Box 9999
LaBelle, PA 15450-0999

SHAWN JACKSON
EC-7845
SCI Camp Hill
P.O. Box 200
Camp Hill, PA 17001-8837

LAMONT PUGH
BG-9048
SCI Greene
175 Progress Drive

```
GARY BANKS
CT-8731
SCI Forest
1 Woodland Drive
PO Box 307
Marienville, PA 16239-0307
```

Counsel of record.