IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUCE FERRELL; LESLIE KEVIN BILLINGSLEY; ABDUL BROWN; GARY WILLIAMS; ANTHONY ALLEN; and SHAWN JACKSON, | Civil Action No. 04-1806 |
| Plaintiffs, | Magistrate Judge Lenihan |
| vs. | |
| | Doc. Nos. 133, 134 |
| JEFFREY A. BEARD, PH.D., Secretary; JOHN S. SHAFFER, Executive Secretary; LANCE COUTURIER, Chief Psychologist; FRED MAUE, Chief Psychiatrist; SHARON BURK, Chief Grievance Coordinator; JOHN DOE, Director of Classification; NEAL MECHLING, Ex-Superintendent; HARRY WILSON, Superintendent; CAROL A. SCIRE, Grievance Coordinator; L. D. HARRIS, Deputy Superintendent; and MARK KRYSEVIG, Deputy Superintendent sued in official and individual capacities under state color of the law, | |
| Defendants. | |

## ORDER

Plaintiffs have filed two motions to submit certain documents, appended to the motion, into the court records as exhibits (Doc. Nos. 133, 134). As the court has indicated in the past, these motions are difficult to decipher due to the unclear writing method. However, the plaintiffs are requesting that these documents be filed of record with the court which, due to the motions themselves having been filed with the documents attached,

has been accomplished. Plaintiffs initially requested that the Court provide them with counsel to pursue their claims. After much trouble, the Court was able to locate counsel willing to accept the case. The Plaintiffs, however, continue to ignore their counsel and act as their own attorneys. If Plaintiffs are trying to preserve documents, they should send them to their lawyer as filing documents with the Court in this manner is really nor proper.  Plaintiffs are cautioned for at least the second time to communicate with the Court via their attorney. Therefore,

**IT IS ORDERED** this 13th day of April, 2007, that Plaintiffs' Motion to Submit Certain Documents into Court Record(Doc. Nos. 133, 134) is **GRANTED**.

_____
LISA PUPO LENIHAN
U.S. Magistrate Judge


cc: Counsel of Record

BRUCE FERRELL
EC-7373
SCI Fayette
Box 9999
LaBelle, PA 15450-0999

LESLIE KEVIN BILLINGSLEY
CL-0124
SCI Fayette
Box 9999
LaBelle, PA 15450-0999

ABDUL BROWN

2

DP-2655
SCI Fayette
Box 9999
LaBelle, PA 15450-0999

GARY WILLIAMS
CW-6473
SCI Fayette
Box 9999
LaBelle, PA 15450-0999

ANTHONY ALLEN
BQ-6634
SCI Fayette
Box 9999
LaBelle, PA 15450-0999

SHAWN JACKSON
EC-7845
SCI Fayette
Box 9999

GARY BANKS
CT-8731
SCI Fayette
Box 9999
LaBelle, PA 15450-0999
LaBelle, PA 15450-0999

LAMONT PUGH
BG-9048
SCI Fayette
Box 9999
LaBelle, PA 15450-0999